IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Smith, Billy Ray | Case Number: 05 B 28760 |
| Smith, Darlene | Judge: Goldgar, A. Benjamin |
| Printed: 9/23/08 | Filed: 7/20/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: August 22, 2008
Confirmed: August 30, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 89,780.00 | |
| Secured: | | 65,920.05 |
| Unsecured: | | 11,730.68 |
| Priority: | | 581.68 |
| Administrative: | | 1,500.00 |
| Trustee Fee: | | 4,472.60 |
| Other Funds: | | 5,574.99 |
| Totals: | 89,780.00 | 89,780.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 1,500.00 | 1,500.00 |
| 2. | Chase Bank | Secured | 0.00 | 0.00 |
| 3. | Lake Street L Federal Credit U | Secured | 0.00 | 0.00 |
| 4. | Cadle Company | Secured | 0.00 | 0.00 |
| 5. | America's Servicing Co | Secured | 21,435.31 | 20,756.96 |
| 6. | Cadle Company | Secured | 12,827.93 | 12,827.93 |
| 7. | America's Servicing Co | Secured | 959.67 | 959.67 |
| 8. | General Motors Acceptance Corp | Secured | 31,375.49 | 31,375.49 |
| 9. | Internal Revenue Service | Priority | 581.68 | 581.68 |
| 10. | Internal Revenue Service | Unsecured | 1,442.97 | 1,442.97 |
| 11. | Resurgent Capital Services | Unsecured | 2,768.07 | 2,768.07 |
| 12. | South Shore Emergency Physicians | Unsecured | 88.00 | 88.00 |
| 13. | Wilshire Credit Corp | Unsecured | 729.82 | 729.82 |
| 14. | Resurgent Capital Services | Unsecured | 3,347.45 | 3,347.45 |
| 15. | Chase Bank | Unsecured | 107.14 | 107.14 |
| 16. | Lake Street L Federal Credit U | Unsecured | 2,672.49 | 2,672.49 |
| 17. | General Motors Acceptance Corp | Unsecured | 574.74 | 574.74 |
| 18. | AT&T Broadband | Unsecured | | No Claim Filed |
| 19. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 20. | Nicor Gas | Unsecured | | No Claim Filed |
| 21. | Christopher T Kardasis, MD | Unsecured | | No Claim Filed |
| 22. | SBC | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 80,410.76 | $ 79,732.41 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Smith, Billy Ray | Case Number: 05 B 28760 |
|---|---|---|
| | Smith, Darlene | Judge: Goldgar, A. Benjamin |
| | Printed: 9/23/08 | Filed: 7/20/05 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 1,547.69 |
| 5% | 402.00 |
| 4.8% | 771.84 |
| 5.4% | 1,596.89 |
| 6.5% | 154.18 |
| | _____ |
| | $ 4,472.60 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

